# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 24, 2010

**TO:** Counsel of Record/Parties

**RE:** Case Title: U.S. Bank National Association v. Earl, et al

District Court Case Number: CV-10-373-PHX-GMS

Superior Court Case Number: CV2010-006146

The above case has been removed to the United States District Court for the District of Arizona from the Maricopa County Superior Court.

All subsequent documents in this case are to be filed in compliance with the Federal Rules of Civil Procedure and District of Arizona Local Rules. Any pending matters from the Justice Court are to be re-filed in accordance with the rules of this court.

You may contact the docket section at (602)322-7210 with any questions you may have regarding this removal action.

Sincerely,

**RICHARD H. WEARE, CLERK/DCE**

By: s/H. Antrum
 Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*