# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

*Visit our website at www.azd.uscourts.gov*

February 26, 2010

Clerk of Court
Maricopa County Superior Court
201 West Jefferson Street
Phoenix, AZ 85003

RE:    **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

   **District Court Case Number: CV 10-373-PHX-GMS**

   **Superior Court Case Number:CV 2010-006146**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on February 26, 2010, remanding the above case to Maricopa County Superior Court for the State of Arizona.

   Sincerely,

   RICHARD H. WEARE, DCE/CLERK OF COURT


   by: s/Tammy Johnson
   Deputy Clerk


cc: Counsel of Record
      Judicial Administrator

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*